## KAREN A. MURPHY ET AL. *v.* ZONING BOARD OF APPEALS OF THE CITY OF STAMFORD ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 86 Conn. App. 147 (AC 24231), is denied.

*Karen A. Murphy,* pro se, and *Kathleen A. Murphy,* pro se, in support of the petition.

*John W. Mullin,* assistant corporation counsel, in opposition.

Decided March 2, 2005

## STATE OF CONNECTICUT *v.* ADAM OSORIA

*David B. Rozwaski,* special public defender, in support of the petition.

*Jessica Probolus,* special deputy assistant state's attorney, in opposition.

The defendant's petition for certification for appeal from the Appellate Court, 86 Conn. App. 751 (AC 24456), is denied.